UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA BRIGGS, CHRISTOPHER GASTALL, and SHANNON MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, d/b/a VOLKSWAGEN OF AMERICA, INC. and VOLKSWAGEN AG, a German Corporation,<br><br>Defendants. | Case No.: 2:25-CV-01540-SDW-JBC |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law submitted herewith, Plaintiffs respectfully request that this Court enter an Order: (1) preliminarily approving the settlement; (2) conditionally certifying this case as a class action and the Settlement Class for settlement purposes only; (3) directing notice to the Settlement Class consistent with the parties' Class Notice Plan; (4) preliminarily appointing Matthew Schelkopf and Joseph Kenney of Sauder Schelkopf LLC as Class Counsel; (5) preliminarily appointing Plaintiffs Jessica Briggs, Christopher Gastall, and Shannon Miller as class representatives; (6)

preliminarily appointing Rust Consulting, Inc. as the Claim Administrator; and (7) scheduling a Final Fairness Hearing and other deadlines and submissions relating to the final approval process in accordance with the parties' proposed schedule.

Dated: February 12, 2026   By:   /s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jbk@sstriallawyers.com

***Proposed Class Counsel***

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** was electronically filed on February 12, 2026, using the Court's NextGen system, thereby electronically serving it on all counsel of record.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf